2-10-215-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00215-CV 

 

 


 
 
 Hossein S. Namdarkhan a/k/a Shawn
 Namdar
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Morrison Supply Company L.L.C.
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM County Court at Law No. 1
OF Tarrant COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Unopposed Motion To
Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App.
P. 42.1(d).

 

PER
CURIAM

 

PANEL:  MCCOY, MEIER, and
GABRIEL, JJ.

 

DELIVERED:
 October 7, 2010











[1]See Tex. R. App. P. 47.4.